CHAMBER'S COPY

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7004
7  FAX: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
9  Attorneys for Plaintiff
10

**FILED**

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                          SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,        )  No. 3-06-70334 EDL
15 |        Plaintiff,                )
16 |   v.                             )  [~~PROPOSED~~] ORDER AND
17 | JOSE NUNEZ GONZALEZ,             )  STIPULATION EXTENDING TIME
18 |        Defendant.                )  UNDER RULE 5.1 AND EXCLUDING
19 |                                  )  TIME UNDER THE SPEEDY TRIAL ACT

20  The parties stipulate and agree, and the Court finds and holds, as follows:

21      1. The initial appearance on the complaint in this case occurred on June 1, 2006. The
22  parties subsequently appeared before this Court on June 7, 2006, for a detention hearing.
23  Defendant elected not to contest detention, and the Court ordered defendant detained.

24      2. This matter is currently set for a preliminary hearing/arraignment on June 23, 2006 at
25  9:30 a.m.

26      3. The parties are engaged in discussions that appear likely to lead to a pre-indictment
27  resolution of the case. Accordingly, the parties request that the preliminary hearing/arraignment
28  be continued to July 7, 2006 at 9:30 a.m. Pursuant to Federal Rule of Criminal Procedure 5.1(d),

STIPULATION AND PROPOSED ORDER            1
3-06-70334 EDL

| | |
|---|---|
| 1 | the parties respectfully request an extension of time for the preliminary hearing to July 7, 2006. |
| 2 | 4. The parties also respectfully request that the time from June 19, 2006, to July 7, 2006, |
| 3 | be excluded in computing the time within which an indictment or information must be filed |
| 4 | pursuant to the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). In light of the |
| 5 | foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for |
| 6 | the defense the reasonable time necessary for effective preparation, taking into account the |
| 7 | exercise of due diligence. See id. The ends of justice would be served by the Court excluding |
| 8 | the proposed time period. These ends outweigh the best interest of the public and the defendant |
| 9 | in a speedy trial. See id. § 3161(h)(8)(A). |

IT IS SO STIPULATED.

DATED: 6/28/06

Respectfully submitted,

_____
ANDREW P. CAPUTO
Assistant United States Attorney

DATED: 6/21/06

_____
ELIZABETH FALK
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/30/06

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER            2
3-06-70334 EDL