1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
6  Counsel for Defendant NUNEZ-GONZALEZ

Case 3:06-cr-00473-JSW   Document 10   Filed 07/10/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-473 JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATED MOTION FOR CONTINUANCE OF INITIAL APPEARANCE** |
| v. | ) | Date:  July 27, 2006 |
|  | ) | Time:  2:30 p.m. |
| JOSE NUNEZ-GONZALEZ, | ) | Court: The Honorable Jeffrey S. White |
| Defendant. | ) |  |

The parties stipulate and respectfully request as follows:

1.   The initial appearance before the district court has been ordered for July 27, 2006, at 2:30 p.m.;

2.   Defense counsel learned last week that she will need to be out of the country in both the Republic of Cyprus and Malta to take Rule 15 depositions in the matter of *United States v. Roman Vega*, CR-04-101 CRB, between July 17 and August 10, 2006. These dates have been established by the United States Attorney's Office and the appropriate judicial authority in Malta, and are not within the control of defense counsel;

3.   The international deposition schedule will not permit Ms. Falk to appear in Court

until August 17, 2006;

4. As a result of defense counsel's unexpected absence from the United States, the parties stipulate and respectfully request this Court to re-set the initial appearance before the district court for August 17, 2006;

5. Mr. Nunez, by and through counsel, hereby stipulates that he is willing to waive time under the Speedy Trial Act

Case 3:06-cr-00473-JSW   Document 10   Filed 07/10/2006   Page 2 of 2

**IT IS SO STIPULATED**

Dated: July 7, 2006

_____
DREW CAPUTO
Assistant United States Attorney

Dated: July 7, 2006

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

**~~[PROPOSED]~~ ORDER**

For the reasons stated herein, and for good cause shown, the initial appearance before the district court is hereby CONTINUED until August 17, 2006, at 2:30 p.m. For the reasons stated herein, including the unavailability of defense counsel, and for good cause shown, this Court also finds that the ends of justice served by excluding the period from July 7, 2006 to August 17, 2006 outweigh the interest of the public and the defendant in a speedy trial, and orders that this period of time, is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F).

**IT IS SO ORDERED.**

Dated: July 10, 2006

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Phyllis J. Hamilton

CR- 06-473 JSW; *United States v. Nunez*
Stip. Continue Initial Appearance                    2