| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | FILED | 0971/3:00CR00636-01 |
| TRANSFER OF JURISDICTION | DEC 20 AM 10:51 | DOCKET NUMBER *(Rec. Court)* |
| | | 06 cr 473-HA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brady L. Gatewood<br>14290 S Marjorie Ln<br>Oregon City, OR 97045 | ND/CA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Charles R. Breyer | |
| RECVD '06 NOV 29 16:0 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: July 9, 2004 — TO: July 8, 2009 |

OFFENSE
Manuafacture of Marijuana   21 USC 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ District of Oregon ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 8, 2006
*Date*

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District of Oregon

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-28-06
*Effective Date*

*United States District Judge*

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0971/3:00CR00636-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 06 cr 473-HA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE FILED 06 NOV 29 | DISTRICT ND/CA | DIVISION |
|---|---|---|
| Brady L. Gatewood 14290 S Marjorie Ln Oregon City, OR  97045 | NAME OF SENTENCING JUDGE Honorable Charles R. Breyer | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 9, 2004 — TO July 8, 2009 |

**OFFENSE**
Manuafacture of Marijuana    21 USC 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Oregon _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 8, 2006
_____
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    District of Oregon

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

be a true and correct copy of original filed
11/29/06
Sheryl S. McConnell, Clerk
Deputy

11-28-06
_____
Effective Date

_____
United States District Judge